## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRENELL SMITH** | * | **CIVIL ACTION NO. 19-cv-14249** |
| | * | |
| **VERSUS** | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **TULANE UNIVERSITY OF LOUISIANA,** | * | **MAGISTRATE JUDGE** |
| **THE ADMINISTRATORS OF THE** | * | **MICHAEL B. NORTH** |
| **TULANE EDUCATIONAL FUND, ET AL** | * | |

## EX PARTE, UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL CUTOFFS

**NOW INTO COURT,** through undersigned counsel, come Defendants, the Administrators of the Tulane Educational Fund, and Dean of the Tulane School of Medicine ("Tulane"), who respectfully request that this Court continue the trial and all pretrial cutoffs in this case for the reason that Plaintiff's counsel, Robert Jenkins (La. Bar No. 19256) has been suspended for six months from the practice of law. See Exhibit A, attached.

Plaintiff's counsel has been contacted and agrees to this Motion. It is not contested that he, Robert Jenkins, Esq., received a six-month suspension from the Louisiana Supreme Court on Wednesday, April 7, 2021. It appears that the earliest date that he will be able to resume representing Plaintiff herein will be in October, 2021. This renders the current case schedule impossible for the Parties to comply with, given that all discovery must be completed no later than August 11, 2021 and all pretrial motions filed by October 19, 2021.

A proposed Order is attached for the Court's consideration.

4076245-1

Respectfully Submitted:

By: */s/ Julie D. Livaudais*
    Julie D. Livaudais, T.A. (La. Bar No. 1183)
    Rosalie M. Haug (La. Bar No. 37720)
        -of-
    CHAFFE McCALL, L.L.P.
    1100 Poydras Street
    2300 Energy Centre
    New Orleans, LA 70163-2300
    Telephone: (504) 585-7000
    Facsimile: (504) 544-6054
    Email:    livaudais@chaffe.com
                haug@chaffe.com

***Attorneys for Defendants***